**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| NORA RUIZ, SANDRA MARTINEZ, <br> *Plaintiffs* <br><br> -vs- <br><br> SOUTHWEST BUSINESS CORPORATION, <br> *Defendant* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | SA-23-CV-00979-XR |

**ORDER OF DISMISSAL**

This matter having come before the Court pursuant to the Parties' Joint Stipulation of Dismissal (ECF No. 28), and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED**, that all individual, collective and class claims asserted by Plaintiff Nora Ruiz a/k/a Nora Mendez and Opt-In Plaintiff Sandra Martinez (collectively "Plaintiffs") in the above-referenced action are dismissed with prejudice, with each party bearing that party's own attorneys' fees and costs;

**IT IS HEREBY ORDERED**, that any putative collective and class claims asserted in the above-referenced action, other than those asserted by Plaintiffs, be dismissed without prejudice;

**IT IS HEREBY ORDERED** that this case be closed by the Clerk of the Court.

It is so **ORDERED**.

**SIGNED** this 7th day of May, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE